JACKSON, *ex dem.* LIVINGSTON and others, *against* THURSTON.

Where a verdict is set aside, on the ground that it was against the weight of evidence, this should be on payment of costs by the party against whom the jury found.

AT the *Sullivan* Circuit, the jury found a verdict for the defendant, which was afterwards set aside by this Court, and a new trial granted, *with costs to abide the event.* The sole ground of setting aside this verdict was, that the jury had found against evidence, and, on deciding upon the case, the Court did not advert to this in reference to the costs of the trial. And it now being mentioned to the Court, that the rule was wrong in this respect—

*Per Curiam.* It is so. The jury having decided contrary to evidence, the rule should have been, on payment of costs by the plaintiff. Such is the uniform practice. Let the rule be modified accordingly.

Rule modified.

NOTE. The order for setting aside the verdict, and that the costs abide the event, was entered at a previous term.